**Order entered November 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00755-CV

### IN THE ESTATE OF RAFFAELE MARTINI PANDOZY

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03717-1**

## ORDER

Before the Court is appellant's November 7, 2019 motion to extend time to file her brief

on the merits. We **GRANT** the motion and extend the time to December 16, 2019.

/s/ ERIN A. NOWELL
   JUSTICE